# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

DERIC LAVELLE MAY,                          :

    Plaintiff,                                 :

vs.                                          :        CIVIL ACTION 15-0201-WS-C

DR. PAMELA BARBER, et al.,                  :

    Defendant(s).                           :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(g).

**DONE** this 28th day of April, 2016.

                s/WILLIAM H. STEELE
                **CHIEF UNITED STATES DISTRICT JUDGE**